# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| Shirley D. Webster,<br><br>    Plaintiff,<br><br>v.<br><br>Elizabeth A. Shumaker, Clerk of the Court; Judge Moritz; Judge McKay; Judge Clara Egan; and Judge Gregory K. Frizzell,<br><br>    Defendants. | **Case No. 18-CIV-128-RAW** |

## JUDGMENT

Pursuant to Rule 58 F.R.Cv.P., the court hereby enters judgment that this action is dismissed with prejudice.

**IT IS SO ORDERED** this 23rd day of May, 2018.

*Ronald A. White*
_____
HONORABLE RONALD A. WHITE
UNITED STATES DISTRICT JUDGE
EASTERN DISTRICT OF OKLAHOMA